```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

GLEN WHITMAN and LYNDA WHITMAN,

    Plaintiffs,

v.                                Case No: 2:24-cv-85-JES-NPM

ADMINISTRATOR OF THE FEDERAL EMERGENCY MANAGEMENT AGENCY,

    Defendant.

## ORDER

On April 25, 2024, the Court entered an Order (Doc. #12) administratively closing the case for a period of time to allow the parties to submit final documents. That time has now expired, and no stipulated form of final order or judgment has been submitted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Clerk of the Court shall enter judgment dismissing the case with prejudice, terminate all pending matters, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __28th__ day of May 2024.

                                                JOHN E. STEELE
                                              SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of record